1 | MICHAEL N. WESTHEIMER, CA Bar No. 178938
2 | michael.westheimber@ogletree.com
  | OGLETREE, DEAKINS, NASH,
3 |   SMOAK & STEWART, P.C.
  | One Embarcadero Center, Suite 900
4 | San Francisco, CA 94111
  | Telephone:   415-442-4810
5 | Facsimile:   415-442-4870

6 | Attorneys for Defendant
  | MEDICAL TRANSPORTATION MANAGEMENT, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| SEAN MCGIRR, an individual, | Case No. 2:21-cv-01875-JAM-AC |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ROSHNI C. KAPOOR AS COUNSEL FOR DEFENDANT MEDICAL TRANSPORTATION MANAGEMENT, INC.** |
| v. | |
| MEDICAL TRANSPORTATION MANAGEMENT, INC., a corporation; and Does 1 to 10, inclusive | |
| Defendant. | |

**TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Roshni C. Kapoor is no longer with the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and no longer represents Defendant MEDICAL TRANSPORTATION MANAGEMENT, INC. ("Defendant") in the above-captioned matter.

Please remove Roshni C. Kapoor from the Court's service list for this action. Michael N. Westheimer will be lead counsel of record for Defendant.

DATED: January 20, 2022                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                                 By: */s/ Michael N. Westheimer*
                                                     MICHAEL N. WESTHEIMER

                                                 Attorneys for Defendant
                                                 MEDICAL TRANSPORTATION
                                                 MANAGEMENT, INC.