MICHAEL N. WESTHEIMER, CA Bar No. 178938
michael.westheimer@ogletree.com
NESTOR C. GONZALEZ, CA Bar No. 335515
nestor.gonzalez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
MEDICAL TRANSPORTATION MANAGEMENT, INC.

HAYES PAWLENKO LLP
MATTHEW B. HAYES, CA Bar No. 220639
mhayes@helpcounsel.com
KYE D. PAWLENKO, CA Bar No. 221475
kpawlenko@helpcounsel.com
1414 Fair Oaks Ave., Unit 2B
South Pasadena, CA  91030
Telephone:    626-808-4357
Facsimile:    626-921-4932

Attorneys for Plaintiff
SEAN McGIRR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN McCGIRR, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL TRANSPORTATION MANAGEMENT, INC., A CORPORATION; AND DOES 1 TO 10, INCLUSIVE,<br><br>　　　　Defendant. | Case No. 2:21-cv-01875-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND CASE DEADLINES**<br><br>Complaint Filed:  2021-08-30 |

Plaintiff Sean McGirr ("Plaintiff") and defendant Medical Transportation Management, Inc. ("Defendant") (together the "parties") filed a Joint Stipulation on February 11, 2022 (Dkt No 12), mutually requesting that the Court further continue all case deadlines for 90 days pending their completion of private mediation.

Upon review of the parties' stipulation, and good cause appearing, the Court hereby GRANTS the parties' request to continue all case deadlines for 90 days pending their completion of private mediation.   The parties are ORDERED to file an updated Joint Status Report pursuant to the provisions of F.R.C.P. 16 and 26, in accordance with Local Rule 240 and the Court's Order requiring Service of Process and Joint Status Report, within thirty (30) days after their completion of private mediation.

**IT IS SO ORDERED.**

Dated:  February 15, 2022                                             /s/ John A. Mendez
                                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                                          UNITED STATES DISTRICT COURT JUDGE